# EXHIBIT A

| No | IP | Port | Client | Hit Date UTC | File Name | File Hash | ISP | City | Province | Captures | X-Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 173.68.8.239 | 60483 | BitComet 0.1.4 | 2016-08-01 14:40:10 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10021 | Verizon FiOS | Flushing | Queens | 50 | 151 |
| 2 | 74.108.18.130 | 37747 | μTorrent 3.4.7 | 2016-07-31 19:03:23 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10021 | Verizon FiOS | Brentwood | Suffolk | 31 | 128 |
| 3 | 96.246.241.117 | 62348 | μTorrent Mac 1.8.6 | 2016-07-31 18:25:43 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10021 | Verizon FiOS | Brentwood | Suffolk | 31 | 11 |
| 4 | 98.116.215.163 | 19822 | μTorrent 3.4.7 | 2016-07-24 03:47:49 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10021 | Verizon FiOS | Richmond Hill | Queens | 54 | 66 |
| | | | | | | | | | TOTALS | 166 | 356 |